**Order entered April 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00060-CR
No. 05-15-00061-CR
No. 05-15-00062-CR
No. 05-15-00063-CR

**MARK ANTHONY JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 2
Dallas County, Texas
Trial Court Cause Nos. F-1359739-I, F-1359740-I, F-1359741-I, F-1359739-I

## ORDER

The Court **GRANTS** appellant's Aril 17, 2015 agreed motion to substitute appellate counsel. William T. Hughey and Pasquel Lee are substituted for Lawrence B. Mitchell as appellant's counsel of record.

We **DIRECT** the Clerk to send all correspondence to William T. Hughey and Pasquel Lee, 2201 Main Street, Suite 400-10, Dallas, Texas 75201; telephone: (903) 935-5550; facsimile: (866) 823-7185.

/s/     LANA MYERS
          JUSTICE